**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 99-6934**

─────────────

JAMES THEODORE ROSS,

                              Plaintiff - Appellant,

        versus

RICHARD BAKER, Superintendent; TAMMY HALL,
Classification Counselor,

                              Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Deborah K. Chasanow, District Judge. (CA-
99-1690-DKC)

─────────────

Submitted:  November 18, 1999      Decided:  November 23, 1999

─────────────

Before WILKINS, HAMILTON, and LUTTIG, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

James Theodore Ross, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

James Theodore Ross appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ross v. Baker, No. CA-99-1690-DKC (D. Md. June 30, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED